UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  03-20482-CIV-MORENO

JACK KING, as Personal Representative of the
Estate of JESSICA KING, *et al.*,

    Plaintiffs,

vs.

CESSNA AIRCRAFT CO., a Kansas corporation,,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STAY CASE, CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Joint Motion for Stay of District Court Proceedings **(D.E. No. 462)**, filed on **April 22, 2008**.

THE COURT has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that:

(1)    The Motion is **GRANTED** and all proceedings before this Court shall be stayed pending the Eleventh Circuit's decision on: the appeal of this Court's decision to grant Cessna's Motion to Dismiss for *forum non conveniens* with respect to all plaintiffs apart from Jack King; and the cross-appeal of this Court's decision to deny Cessna's Motion with respect to Jack King.

(2)    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(3)     The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(4)     This order shall not prejudice the rights, arguments or positions of the parties to this litigation on any pending matter.

(5)     Plaintiffs SHALL notify the Court by **June 26, 2008** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record