prejudice; and